No. 74–1003. RIDENS ET AL. *v.* ILLINOIS ET AL. Sup. Ct. Ill. Certiorari denied. MR. JUSTICE DOUGLAS, being of the view that any state or federal ban on, or regulation of, obscenity is prohibited by the Constitution, *Roth v. United States,* 354 U. S. 476, 508–514 (1957) (DOUGLAS, J., dissenting); *Miller v. California,* 413 U. S. 15, 42–47 (1973) (DOUGLAS, J., dissenting); *Paris Adult Theatre I v. Slaton,* 413 U. S. 49, 70–73 (1973) (DOUGLAS, J., dissenting), would grant certiorari and summarily reverse the judgment. ▮

MR. JUSTICE BRENNAN, with whom MR. JUSTICE STEWART and MR. JUSTICE MARSHALL join, dissenting.

Petitioners were convicted of selling allegedly obscene publications in violation of the Illinois Obscenity Statute, Ill. Rev. Stat., c. 38, § 11–20 (1969), and the obscenity ordinance of the city of Moline, Ill. The Illinois Supreme Court affirmed their convictions. 51 Ill. 2d 410, 282 N. E. 2d 691 (1972). We granted certiorari and remanded the case for further consideration in light of *Miller v. California,* 413 U. S. 15 (1973).

413 U. S. 912 (1973). On remand, the Illinois Supreme Court again affirmed the convictions.

For the reasons stated in my dissent from the remand of this case, *id.,* at 911, and because the present judgment was rendered after *Miller,* I would grant certiorari and reverse.*

---

*Although four of us would grant certiorari and reverse the judgment, the Justices who join this opinion do not insist that the case be decided on the merits.